CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
For Roanoke
AUG 25 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| RINETTE MURPHY,<br>    Plaintiff, | Civil Action No. 7:08cv00475 |
| v. | **FINAL ORDER** |
| LYNCHBURG REGIONAL JAIL, et al.,<br>    Defendants. | By: Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1); Murphy's motion to proceed in forma pauperis is **DENIED as MOOT**; and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 25th day of August, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge